UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                     Case No. 12-20267

v.                                   Hon. Nancy G. Edmunds

D-2 Checarol Robinson,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: February 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2013, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager